UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| VS. | ) | NO. 3:10-cr-00260-10 |
| | ) | JUDGE HAYNES |
| YASIN AHMED FARAH | ) | |

## MOTION TO DISQUALIFY PROSECUTOR

Comes the Defendant, Yasin Ahmed Farah, through undersigned counsel, and moves the Court to issue an order disqualifying Van Vincent, Assistant United States Attorney, as prosecutor in the above styled case. For grounds, the Defendant avers that Mr. Vincent will be called by the defense as a witness. The Defendant asserts that Mr. Vincent is a necessary witness. Specifically, Mr. Vincent's testimony will bolster Mr. Farah's testimony at trial. Credibility will be the paramount issue before the jury inasmuch as Mr. Farah is charged with perjury, obstruction of justice and attempted obstruction of justice of an 18 U.S.C. 1591 prosecution.

It is well established that an attorney representing the government cannot act both as prosecutor and witness. United States v. Johnson, 690 F. 2d 638, 642, 43 (7th Cir.1982) (en banc).

For additional grounds, the Court is referenced to the memorandum filed contemporaneously with this motion.

ORDER
Applying Johnson, this
motion is DENIED. Although
Agent Pottratz was present
during the conversation at
issue, Pottratz does not recall
the statement, rendering the
need for Van Vincent's testimony
greater. Yet, the Government's response
D/E NO. 1341 at 2 lines 3 and 4 can be used as
evidence of Vincent's statement. Fed. R. Evid. 807.
[signature] USDJ 3-6-12

Respectfully submitted,

/s/ Roger N. "Bo" Taylor
_____
ROGER N. "BO" TAYLOR
Attorney for Yasin Ahmed Farah
305 Fourteenth Avenue, North
Nashville, Tennessee 37203
(615) 859-0060; Fax: (615) 320-5597
bo.taylor@305lawoffice.com