UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| VS. ) | NO. 3:10-cr-00260-10 |
| ) | JUDGE HAYNES |
| YASIN AHMED FARAH ) | |

MOTION TO STRIKE

Pursuant to Rule 7(d) of the Federal Rules of Criminal Procedure, the Defendant, Yasin Ahmed Farah (Def. No. 10), respectfully moves the Court for an Order striking his name from Paragraph Number F of Count 1 appearing on Page 5 of the Indictment on grounds that he is not alleged to have committed any of the overt acts alleged in this count of the Indictment and accordingly the mention of his name in this Count is surplusage and unduly prejudices him in the trial of the unrelated Counts 15 and 18.

All of which more clearly appears in the Memorandum of Law filed contemporaneously herewith.

Respectfully submitted,

/s/ Roger N. "Bo" Taylor
ROGER N. "BO" TAYLOR
Attorney for Yasin Ahmed Farah
305 Fourteenth Avenue, North
Nashville, Tennessee 37203
(615) 859-0060; Fax: (615) 320-5597
bo.taylor@305lawoffice.com

[Handwritten annotation next to caption: "ORDER — Based upon the Government's response, this motion is DENIED. 3-7-12"]