UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| VS. | ) | NO. 3:10-cr-00260-10 |
| | ) | JUDGE HAYNES |
| YASIN AHMED FARAH | ) | |

*ORDER*
*This motion is DENIED as moot.*
*[signature]*
*3-22-12*

DEFENDANT'S MOTION IN LIMINE NO. 1

Comes now the Defendant, Yasin Ahmed Farah, through undersigned counsel, and respectfully submits as his Motion in Limine #1 that Exhibit No. 291, Discovery Page 041734, attached hereto as Exhibit 1, should be excluded as evidence in the upcoming trial in this matter. The Defendant would respectfully state to the Court that the information in this document is irrelevant pursuant to Rule 401 of the Federal Rules of Evidence. Additionally, Defendant submits that under Rule 403, the evidence is more prejudicial than probative and therefore should be excluded. Finally, Mr. Farah submits that, pursuant to Rule 404 of the Federal Rules of Criminal Procedure, the information included in this document could be considered evidence of other crimes or bad acts which are inadmissible. Therefore, the Defendant would respectfully request the Court to issue an order prohibiting the introduction of Exhibit No. 291, Discovery Page 041734.

Respectfully submitted,

/s/ Roger N. "Bo" Taylor
ROGER N. "BO" TAYLOR
Attorney for Yasin Ahmed Farah
305 Fourteenth Avenue, North
Nashville, Tennessee 37203
(615) 859-0060; Fax: (615) 320-5597
bo.taylor@305lawoffice.com