UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| VS. ) | NO. 3:10-cr-00260-10 |
| ) | CHIEF JUDGE HAYNES |
| YASIN AHMED FARAH ) | |

*[Handwritten notation: This motion to granted]*

MOTION TO EXCUSE DEFENDANT'S PRESENCE

Comes the Defendant, Yasin Ahmed Farah, through undersigned counsel, pursuant to Rule 43(b)(3) and moves this Honorable Court to excuse the Defendant's presence at the status conference hearing scheduled for February 1, 2013, at 9:30 a.m. (DE 3004). As grounds for this motion, counsel would show that the Defendant resides in Minnesota. Travel to Nashville, Tennessee from Minnesota to attend a status conference will require the Defendant to incur substantial expenses. Undersigned counsel will be present to represent the Defendant at the status conference.

For the foregoing reasons, it is respectfully requested that the personal attendance of Defendant Yasin Ahmed Farah at the status conference scheduled for February 1, 2013, be excused.

Respectfully submitted,

/s/ Roger N. "Bo" Taylor
ROGER N. "BO" TAYLOR
Attorney for Yasin Ahmed Farah
305 Fourteenth Avenue, North
Nashville, Tennessee 37203
(615) 859-0060; Fax: (615) 320-5597
bo.taylor@305lawoffice.com

CERTIFICATE OF SERVICE

I hereby certify that a true and exact copy of the foregoing has been served on Van Vincent, Assistant United States Attorney, by the Court's ECF/electronic filing system, on January 25, 2013.

/s/ Roger N. "Bo" Taylor
ROGER N. "BO" TAYLOR