UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

UNITED STATES OF AMERICA    )
    )
VS.    )    NO. 3:10-cr-00260 (10)
    )    JUDGE HAYNES
YASIN AHMED FARAH    )

*[handwritten annotation: Denied. This motion is DENIED as lacking carefully. Wille[?] USDC 11-4-13]*

MOTION TO AMEND THE DEFENDANT'S REQUIREMENT REGARDING
CURFEW AS ORDERED IN THE ORDER SETTING
CONDITIONS OF RELEASE ISSUED IN MINNESOTA (D.E. 216)

Comes now the Defendant, Yasin Ahmed Farah, through his undersigned counsel, and

respectfully moves the Court to order that the Defendant's curfew be extended to 2:00 a.m. The

Defendant's curfew is currently twelve midnight as set by the United States Probation Office in

Minnesota. For grounds, the Defendant would state that he works full time during the day and goes

to college full time at night. It is not uncommon for the Defendant to not be finished with his classes

before 11:00 p.m. The Defendant respectfully requests additional time in order to complete some

of the daily tasks, including study with schoolmates, which the average citizen who does not work

both a full time job and go to school full time encounters. The Defendant further submits that he has

been compliant with the conditions of release placed on him since his arrest almost three years ago.

An affidavit and memorandum shall be filed contemporaneously with this motion.

<div style="margin-left:50%">

Respectfully submitted,

/s/ Roger N. "Bo" Taylor
ROGER N. "BO" TAYLOR
Attorney for Yasin Ahmed Farah
305 Fourteenth Avenue, North
Nashville, Tennessee 37203
(615) 859-0060; Fax: (615) 320-5597
bo.taylor@305lawoffice.com

</div>